UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

JAMES A. SCHULTZ,

        Plaintiff,

        v.

EDGERTON HOSPITAL AND
HEALTH SERVICES, INC.,

        Defendant.

Case No. 3:22-cv-00375

**JOINT MOTION FOR DISMISSAL WITH PREJUDICE**

Plaintiff, James A. Schultz ("Schultz" or "Plaintiff"), by and through his attorneys, Fox & Fox, S.C., and Defendant, Edgerton Hospital and Health Services, Inc. ("EHHS" or "Defendant"), by and through its undersigned attorneys, Ogletree, Deakins, Nash, Smoak & Stewart, P.C., pursuant to the Court's February 7, 2024, Order in the above-captioned matter, [Dkt. #88], hereby jointly move this Honorable Court for an order: (1) converting the dismissal previously entered in this case from one without prejudice to one with prejudice; and (2) dismissing this case in its entirety, with prejudice, and without any costs to any party.

2

Dated this 23rd day of April, 2024.

                                                  **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

                                                  *s/ Brian M. Radloff*
Brian M. Radloff
*WI State Bar No. 1035980*
brian.radloff@ogletreedeakins.com
Suzanne M. Watson
*WI State Bar No. 1079803*
suzanne.watson@ogletreedeakins.com
1243 N. 10th Street, Suite 200
Milwaukee, WI 53205
Phone: 414-239-6400
Fax: 414-755-8289

*Attorneys for Defendant Edgerton Hospital and Health Services, Inc.*

Dated this 23rd day of April, 2024.

**FOX & FOX, S.C.**

*s/ Peter J. Fox*
Michael R. Fox
*WI State Bar No. 01015173*
mfox@foxquick.com
Peter J. Fox
*WI State Bar No. 1037925*
pfox@foxquick.com
Mary E. Kennelly
*WI State Bar No. 01019036*
mkennelly@foxquick.com
124 W. Broadway
Monona, WI 53716
Phone: 608-258-9588
Fax: 608-258-9105

*Attorneys for Plaintiff James A. Schultz*